SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
KEVIN COX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN COX,

        Plaintiff,

    vs.

VICTOR MANUEL MORA D/B/A
VANNYS PARTY SUPPLY AND GIFTS;
ESTELA RODRIGUEZ PEREZ, AS
TRUSTEE OF THE RODRIGUEZ PEREZ
FAMILY REVOCABLE LIVING TRUST;
and DOES 1 to 10,

        Defendants.

Case No.: **2:26-cv-00379-AH-RAO**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VICTOR MANUEL MORA D/B/A VANNYS PARTY SUPPLY AND GIFTS**

    **PLEASE TAKE NOTICE** that Plaintiff KEVIN COX ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant VICTOR MANUEL MORA D/B/A VANNYS PARTY SUPPLY AND GIFTS ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  March 16, 2026                    SO. CAL. EQUAL ACCESS GROUP

By:    ___/s/   *Jason J. Kim*_____

Jason J. Kim
Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**